562 U.S. 946, 131 S. Ct. 73, 178 L. Ed. 2d 241, 2010 U.S. LEXIS 7683.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 590 F.3d 499.

**No. 09-1242. Donald W. Bain, Jr., Petitioner v. United States.**

562 U.S. 946, 131 S. Ct. 74, 178 L. Ed. 2d 241, 2010 U.S. LEXIS 7822.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 586 F.3d 634.

**No. 09-1262. The Presbyterian Church of Sudan, et al., Petitioners v. Talisman Energy, Inc.**

**No. 09-1418. Talisman Energy, Inc., Petitioner v. The Presbyterian Church of Sudan, et al.**

562 U.S. 946, 131 S. Ct. 79, 178 L. Ed. 2d 241, 2010 U.S. LEXIS 7652.

October 4, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of these petitions.

Same cases below, 582 F.3d 244.

**No. 09-1327. Missouri, Petitioner v. Mark Anthony Gill.**

562 U.S. 946, 131 S. Ct. 83, 178 L. Ed. 2d 241, 2010 U.S. LEXIS 7684.

October 4, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 300 S.W.3d 225.